**FILED**

**MAR 23 2022**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  _____  Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CLIFFORD ALLEN BRACE, JR.,<br><br>Debtor. | Case No.: 6:11-bk-26154-SY<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED HEARING ON BODILY DETENTION**<br><br><u>Hearing:</u><br>Date: March 29, 2022<br>Time: 9:30 a.m.<br>Place: Courtroom 302 |

The court entered its Order re: Further Adjudication of Civil Contempt Including Bodily Detention of Debtor, Clifford Allen Brace, Jr. ("Bodily Detention Order") [Docket No. 259] on July 22, 2020, which authorized the United States Marshals Service to arrest and incarcerate debtor Clifford Allen Brace, Jr. ("Debtor") in light of his failure to purge his contempt of the court's prior orders in this case. To date, the Debtor has not purged his civil contempt by paying the sum of $255,080.99 to the estate as ordered in the Bodily Detention Order. The Debtor was therefore arrested and detained by the United States Marshals Service and has now been transported within the Central District of California. A hearing on the Bodily Detention Order was conducted on March 17, 2022 at 9:30 a.m. during which the Debtor agreed in principle to a settlement with the trustee. The court now intends to conduct a further hearing on the Bodily

Detention Order to determine whether the settlement has been completed and Debtor is now willing to purge his contempt, and whether he should be released or remain in custody.

      PLEASE TAKE NOTICE that a further hearing on the Bodily Detention Order shall be conducted on March 29, 2022 at 9:30 a.m. in Courtroom 302 in the Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501. The Debtor shall appear via Zoom from Courtroom 1645 in the Los Angeles Division located at 255 East Temple Street, Los Angeles, CA 90012. Other parties and counsel may appear in person at the Riverside Division in Courtroom 302 or via Zoom using the following information:

Join ZoomGov Meeting
https://cacb.zoomgov.com/j/1610325080

Meeting ID: 161 032 5080
Password: 778771
One tap mobile
+16692545252,,1610325080#,,1#,778771# US (San Jose)
+16692161590,,1610325080#,,1#,778771# US (San Jose)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
    +1 646 828 7666 US (New York)
    833 568 8864 US Toll-free
Meeting ID: 161 032 5080
Password: 778771
Find your local number: https://cacb.zoomgov.com/u/ackWzjvpC

Date: March 23, 2022                                      *Shari Mason*
                                                                           Deputy Clerk

# CERTIFICATE OF SERVICE

I, <u>Shari Mason</u>, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Clifford Allen Brace, Jr.
22421 Barton Rd #190
Grand Terrace, CA 92313

## Notice of Electronic Filing:

- **Karl T Anderson (TR)**    2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Paul W Cervenka**    paul.cervenka@bonialpc.com
- **Yausheka H Colding**    efile@fivelakesagency.com, efile@fivelakesagency.com
- **Seth P Cox**    seth.cox@civicfs.com, dmarcus@wedgewood-inc.com; jpeeler@wedgewood-inc.com; seth.cox@summitlegal.pro
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **Johnathan J Kirby**    Johnathan.Kirby@JeffersonCapitalInternational.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Judith E Marshack**    jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Ramesh Singh**    claims@recoverycorp.com
- **Paul M Stoddard**    pstodd5772@aol.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Amelia B. Valenzuela**    avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com; jpeeler@wedgewood-inc.com; jchoi@wedgewood-inc.com; jchoi@wedgewood-inc.com; btrout@wedgewood-inc.com
- **Stephen R Wade**    srw@srwadelaw.com, reception@srwadelaw.com
- **Gilbert B Weisman**    notices@becket-lee.com

☐ Service information continued on attached page

Date:  3/23/2022            Signature: *Shari Mason*
                Deputy Clerk [*printed name*]: <u>Shari Mason</u>