RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
KARL T. ANDERSON

**FILED & ENTERED**

**MAR 25 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CLIFFORD ALLEN BRACE, JR.,<br><br>Debtor. | Case No. 6:11-bk-26154-SY<br><br>Chapter 7<br><br>**ORDER GRANTING IN PART CHAPTER 7 TRUSTEE'S MOTION FOR ORDER TO OBTAIN DEATH CERTIFICATE OF DEBTOR'S SPOUSE ANH BRACE**<br><br>Hearing:<br>Date:    March 3, 2022<br>Time:   9:30 a.m.<br>Ctrm:   302<br>Address: 3420 Twelfth Street,<br>              Riverside, CA 92501 |

On March 3, 2022 at 9:30 a.m. the court held a hearing on the motion of Karl T. Anderson, solely in his capacity as chapter 7 trustee ("Trustee")[1] of the bankruptcy estate of Clifford Allen Brace, Jr. ("Debtor") entitled Chapter 7 Trustee's Motion for Order to Obtain Death Certificate of Debtor's Spouse Anh Brace ("Motion") filed on February 10, 2022 as Dk. No. 352. Tinho Mang appeared on behalf of Trustee. No other appearances were made.

///

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

1


The court has read and considered the Motion, notice of Motion, and all other pleadings and documents in this case, and no opposition being filed, finds good cause to grant the Motion, and enters its order as follows:

IT IS ORDERED that:

1. The Motion is granted in part and the Trustee and his representatives are authorized to obtain a certified copy of Anh N. Brace's death record from the Riverside County Recorder;

2. Trustee is permitted to receive a certified copy of Anh N. Brace's death record by mail at the address of Trustee's counsel, Marshack Hays, LLP, 870 Roosevelt, Irvine, CA 92620, and Trustee's counsel is authorized to advance the costs of obtaining the certified copy;

3. Trustee is authorized to contact the Riverside County Recorder to obtain Anh Brace's death record and to execute any and all documents deemed necessary to obtain the death record, including the Application attached to the Anderson Declaration as Exhibit 4 to the Motion;

4. Trustee is authorized to pay any fee required by the Riverside County Recorder to obtain Anh Brace's certified death record; and

5. The Motion is denied in part as to the request for authority to record a copy of an affidavit of joint tenant.

###

Date: March 25, 2022

Scott H. Yun
United States Bankruptcy Judge

2

4885-1989-3011v1-1230-002