# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, May 4, 2022**       **Hearing Room**   **302**

1:30 PM
6:11-26154     **Clifford Allen Brace, Jr** *on the phone* ✓      Chapter 7

     | Telephonic Hearing |

#1.00     CONT'D Order to Show Cause re: Civil Contempt Order for Willful Violation of the Automatic Stay by Alleged Creditor Conducting Unlawful Foreclosure Sale of Estate Property

FR. 4/30/20; 6/18/20; 3/17/22; 3/29/22; 3/31/22

D. Edward Hays to appear by telephone (949)413-7223 — *Ch. 7 Trustee*
Tinho Mang to appear by telephone (714)388-4790 — *Ch. 7 Trustee*
~~Everett L Green to appear by telephone (951)565-3731~~
*Paul Stoddard on the phone for debtor — debtor*

Docket   212

**Matter Notes:**

   **GRANTED:** _____    **DENIED:** _____

   **CONT'D. TO:**   *6-15-22 @ 1:30 pm*

     **Briefing filed:** _____

     **Opposition filed:** _____

     **Reply filed:** _____

   **WITHDRAWN:** _____

     **Order Lodged by:** _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| **Party Information** |
|---|