PAUL M STODDARD #098477
pstodd5772@aol.com
40004 Cook St. Suite 3
Palm Desert, California 92211
Telephone: (760) 320-8345
Facsimile: (760) 568-3053

Attorney for Debtor,
CLIFFORD ALLEN BRACE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CLIFFORD ALLEN BRACE, JR.,<br><br>Debtor. | Case No. 6:11-bk-26154-SY<br><br>Chapter 7<br><br>DECLARATION OF COOPERATION OF CLIFFORD A BRACE PURSUANT TO STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR RE: COOPERATION WITH TRUSTEE AND GLOBAL RESOLUTION OF PENDING LITIGATION ACTIONS DOC# 370 REQUEST FOR PURGING OF CONTEMPT PURSUANT TO STIPULATION |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

**INTRODUCTION**

On March 17, 2022 the Debtor, Mr. Brace, appeared (through Zoom) before Judge Yun. Mr. Brace was brought to the US Bankruptcy Court Central District Los Angeles at 255 East Temple St. Courtroom 1635. Mr. Brace executed the Stipulation Between CHAP. 7 Trustee and Debtor re: Cooperation with Trustee and Global Resolution of Pending Litigation Actions. Mr. Brace agreed with all of the terms and conditions set forth in the agreement. The purpose of the Stipulation was to purge Mr. Brace's contempt:

"debtor in case no. 6:11-bk-26154-SY, wants to purge his contempt of court orders, agrees to

cooperate with the Chapter 7 Trustee, Karl T. Anderson ("Trustee") in liquidating estate property, and agrees to comply with his statutory duties under 11 U.S.C. § 521(a)(3) to cooperate with the Trustee's administration of the estate. " (Stipulation Doc 370 p. 2 lines 9-13)

On March 29, 2022, Mr Brace, again appeared by Zoom in Courtroom 1635. He signed before a notary <u>all</u> documents provided to him by the Trustee's counsel.

On March 31, 2022 Mr. Brace (as set forth below in his declaration below) executed additional and all documents presented to him. He was released from custody on March 31, 2022: 62 days after his initial incarceration.

With the cooperation of Mr. Brace, the Trustee was able to sell two of the three properties of the estate : the Redlands Property and the Catamount (Chippewa Property). The Redlands Property was sold for $535,000.00. The Cheippewa Property was sold for $ 360,000.00. After 11 years and in a period of less than 4 months the Trustee has obtained, only with the help and cooperation of the Debtor $895,000.00.  There remains only one property left until this Bankruptcy can be closed. Finally with the cooperation of Mr. Brace this Bankruptcy should be closed before the end of December 2022.

Under the terms of the Stipulation the Trustee and Debtor agreed that the Trustee was made whole with the retention and sale of the Chippewa property. Specifically at p. 3 lines 25-28 of the Stipulation:

"The Trustee irrevocably assigns his interest in the foreclosure proceeds of $227,000 (sic) to Catamount. The Trustee is made whole with retention and sale of the Chippewa property."

Pursuant to the Order upon which the Debtor was subject to Bodily Detention (Doc. 259) Debtor was able to purge his contempt by returning the sum of $229,000 to the Trustee. Pursuant to the Stipulation entered between the Trustee and Debtor and approved by the Court (Doc. #370, 377) the Trustee was made whole when the Chippewa Property was sold for $360,000.00. Mr. Brace's contempt is purged.

With the sale of the Chippewa Property for $360,000.00 the Trustee was made whole. In fact the trustee received more than the $229,000 to purge Mr. Brace's contempt. They received $132,000.00 more than required to purge his contempt. This amount would more than compensate the Trustee for the damages of $26,080.99. The basis of the contempt for which Mr. Brace seeks to be purged was the foreclosure of the Chippewa Property and its sale to Catamount. With the sale of the Chippewa Property and continued cooperation, Mr. Brace has purged his contempt as agreed to by the Trustee. The Trustee has the authority to assign the Estate's interest in the Foreclosure Proceeds of $229,000 to Catamount Properties 2018, LLC. Catamount can pursue its judgment against the Debtor and this case can finally be closed upon the sale of third property.

The Debtor has provided a sworn statement of his current financials in his prior declaration (see Doc. # 389) His income is Social Security and he has no other assets nor means of payment. The Debtor, at the request for the Trustee has made a diligent search of all records available to him concerning the proceeds from the foreclosure sale. The results of the search are set forth below in the Debtor's declaration. Mr. Brace has purged his contempt and it is requested that the Debtor be released from the contempt upon which he was incarcerated.

## DECLARATION

I, Clifford Allen Brace Jr., declare:

That I am the Debtor in the above Chapter 7 Bankruptcy.

I am personally knowledgeable of the facts set forth below and would and could competently testify to the same.

**Complete Cooperation**

I have cooperated fully with the US Trustee and his legal counsel. I have signed every document the Trustee and his counsel have requested. As late as this last Friday June 10, 2022 I signed documents to close the sale of the Chippewa Property.

At the request of counsel for the Trustee I have diligently searched my files and records concerning the foreclosure proceeds from the Chippewa Property.

1. I never received a breakdown of the costs and charges and distribution of funds from the Chippewa Foreclosure.

2. I did request a statement from the Trustee Habeeburreham and did not receive a response.

3. I instructed my attorney, to request from the Bankruptcy Trustee the information the Trustee received by subpoena of Mr Habeeburrehams's bank accounts and any discovery, interrogatories etc.,

4. The following was furnished by counsel for the Bankruptcy Trustee:

   a. A copy of an endorsed check in the account of $50,000.00 deposited into Mr. Habeeburreman's account at Citi Bank. (copy of check supplied from Bankruptcy Trustee attached hereto as Exhibit 1)

   b. A copy of an endorsed check in the amount of $172,000.00deposited into the Union Bank Account of Mr. Habeeburreman's(copy of check supplied from the Bankruptcy Trustee is attached hereto as Exhibit 2)

   c. A copy of no. 120 from CitiBank in the amount of $2,500.00 made payable to Title Realty Services Inc. ( copy of check supplied from the Bankruptcy Trustee is attached hereto as Exhibit 3

   d. A copy of Check numbers 115,116,117,118,119 and 120 paid form Union Bank purportedly paid to Title Realty Services in the total sum of $41,492.00. (copies of all six checks attached hereto as Exhibit 3)

5. I did not endorse any of the above checks nor did I deposit any of the above checks.

6. It is my understanding that as a Debtor or acting in my individual capacity as an individual I do not have legal standing to pursue the matter with the foreclosure trustee or with Title Realty services Inc., Only the GE Johnson Estate would have legal standing to act in this matter.

7. Pursuant to the Stipulation Between Chapter 7 Trustee and Debtor re: Cooperation With Trustee and Global Resolution of Pending Litigation Actions I entered into with the Bk Trustee I agreed to close the GE Johnson Estate and that closure would prevent me from

taking any action on behalf of the GE Johnson Estate.

In a continued spirit of cooperation I will, upon stipulation with the Trustee agree to keep the GEJ Estate open to pursue the matter with the foreclosure trustee and the corporation through my attorney Paul M. Stoddard. I understand that I have agreed not to file any further litigation . Pursuing this matter would require litigation by the GEJ Estate and this litigation may result in cross litigation against the Bankruptcy Trustee. Also any costs incurred by Mr. Stoddard would have to be paid by the Bankruptcy Trustee.

I declare under penalty of purgery pursuant to the Laws of the United States that the above is true and correct to the best of my knowledge.

Dated: June 13, 2022

_____
CLIFFORD ALLEN BRACE, JR.
Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14                              EXHIBIT 1
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6
DECLARATION OF COOPERATION CLIFFORD ALLEN BRACE





Post Date: 02/14/20
Amount: $50,000.00
Check No.: 1003267198
DIN: 917831297820
FIMP: 0

Account: 41000456
Routing & Transit: 121100782
Acct of Deposit: 42001516279
Sequence No.: 782000000

EHXIBIT 2

7
DECLARATION OF COOPERATION CLIFFORD ALLEN BRACE



**UnionBank**

**Electronic Deposit Image**      $172000.00

Date-Time: 2020-02-14 15:22:25
ATM Terminal ID: UBON01
Location: Corona Magnolia #1 WU
RC: 09739
ATM Transaction Sequence: 009823

520005132   4030457574

PostngDate: 20200214
AccountNum: 4030457574
Serial: 1009823
Amount: 172,000.00
DIN (Posting Reference # or Seq #): 80016443

PostngDate: 20200214
AccountNum: 4030457574
Serial: 1009823
Amount: 172,000.00
DIN (Posting Reference # or Seq #): 80016443



BANK of the WEST
BNP PARIBAS
1003267188
DATE 02/12/2020
PURCHASER: NEIGHBORHOOD STABILIZATION LLC
PAY TO THE ORDER OF MOHD H HABEEBURREHMAN    $172,000.00
One Hundred Seventy-Two Thousand and 00/100ths Dollars
CASHIER'S CHECK    NOT OVER $172,000.00

PostngDate: 20200214
AccountNum: 41000456
Serial: 1003267188
Amount: 172,000.00
DIN (Posting Reference # or Seq #): 80016446



PostngDate: 20200214
AccountNum: 41000456
Serial: 1003267188
Amount: 172,000.00
DIN (Posting Reference # or Seq #): 80016446

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 3**

8
DECLARATION OF COOPERATION CLIFFORD ALLEN BRACE

**HARRIS J. HABEEBURREHMAN**
3410 LA SIERRA F449
RIVERSIDE, CA 92503

907172 /173
3222

123

Date 2-2-20

Pay to the order of ALLY FINANCIAL           $ 20,000.00

TWENTY THOUSAND                           Dollars

citibank                    Citigold
CITIBANK, N.A. BR. #173
3680 TYLER STREET
RIVERSIDE, CA 92503

For 611-9270-88338               [signature]

⑆322271724⑆  4200151627⑈  0123

---

ICL Deposit to JPMorgan Chase
Regulus LVL
210188  13  02/23/2020 OP 094433 61 462 ALLY Auto Ck and List
00000462            61
210188              153306

Post Date: 02/25/20                 Account: 42001516279
Amount: $20,000.00                  Routing & Transit: 322271724
Check No.: 123
DIN: 149111919419                   Sequence No.: 11919419
FIMP: 13

---

**HARRIS J. HABEEBURREHMAN**
3410 LA SIERRA F449
RIVERSIDE, CA 92503

907172 /173
3222

120

Date 3-12-20

Pay to the order of Title Realty Services Inc   $ 2,500.00

TWO THOUSAND FIVE HUNDRED                Dollars

citibank                    Citigold
CITIBANK, N.A. BR. #173
3680 TYLER STREET
RIVERSIDE, CA 92503

For                              [signature]

⑆322271724⑆  4200151627⑈  0120

---

Post Date: 03/16/20                 Account: 42001516279
Amount: $2,500.00                   Routing & Transit: 322271724
Check No.: 120                      Acct of Deposit: 1434047310
DIN: 911821444547                   Sequence No.: 21444547
FIMP: 13

EXIBIT 4

9

DECLARATION OF COOPERATION CLIFFORD ALLEN BRACE







Check #115 — SNOW VILLAGE, UNITED STATES AMERICA, 3410 La Sierra F449, Riverside, CA 92503. Date 2-25-20. Pay to the Order of: Title Realty Services Inc. $2,000.00. Two Thousand Dollars. UnionBank.
PostngDate: 20200226
AccountNum: 4030457574
Serial: 115
Amount: 2,000.00
DIN (Posting Reference # or Seq #): 6823184

Check #116 — SNOW VILLAGE, UNITED STATES AMERICA, 3410 La Sierra F449, Riverside, CA 92503. Date 2-26-20. Pay to the Order of: Title Realty Services Inc. $2,800.00. Two Thousand Eight Hundred Dollars. UnionBank.
PostngDate: 20200226
AccountNum: 4030457574
Serial: 116
Amount: 2,800.00
DIN (Posting Reference # or Seq #): 6823182



PostngDate: 20200303
AccountNum: 4030457574
Serial: 117
Amount: 8,888.00
DIN (Posting Reference # or Seq #): 7588728



PostngDate: 20200303
AccountNum: 4030457574
Serial: 117
Amount: 8,888.00
DIN (Posting Reference # or Seq #): 7588728



PostngDate: 20200311
AccountNum: 4030457574
Serial: 118
Amount: 4,950.00
DIN (Posting Reference # or Seq #): 6803166

PostngDate: 20200311
AccountNum: 4030457574
Serial: 118
Amount: 4,950.00
DIN (Posting Reference # or Seq #): 6803166

**Check 119**

SNOW VILLAGE
UNITED STATES AMERICA
3410 LA SIERRA F442
RIVERSIDE, CA 92503

Date: 3-16-20

Pay to the Order of: Title Realty Services Inc   $14,955.00

Fourteen Thousand Nine Hundred Fifty Five ———— Dollars

UnionBank

PostngDate: 20200316
AccountNum: 4030457574
Serial: 119
Amount: 14,955.00
DIN (Posting Reference # or Seq #): 6884318

---

**Check 120**

SNOW VILLAGE
UNITED STATES AMERICA
3410 LA SIERRA F440
RIVERSIDE, CA 92503

Date: 3-23-20

Pay to the Order of: Title Realty Services Inc   $7,900.00

Seven Thousand Nine Hundred ———— Dollars

UnionBank

PostngDate: 20200323
AccountNum: 4030457574
Serial: 120
Amount: 7,900.00
DIN (Posting Reference # or Seq #): 6885732

---

PostngDate: 20200316
AccountNum: 4030457574
Serial: 119
Amount: 14,955.00
DIN (Posting Reference # or Seq #): 6884318

PostngDate: 20200323
AccountNum: 4030457574
Serial: 120
Amount: 7,900.00
DIN (Posting Reference # or Seq #): 6885732

# PROOF OF SERVICE OF DOCUMENT

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
40004 Cook Street, Suite 3, Palm Desert, CA 92211

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Cooperation of Clifford A Brac Pursuant to Stipulation Between Chapter 7 Trustee and Debtor Re: Cooperation with Trustee and Global Resolution of Pending Litigation Actions Doc #370 Requet for Purging of Contempt Pursuant to Stipulation

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/13/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/13/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court, 3420 Twelfth Street, Suite 345, Courtroom #302, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/13/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/13/2022 | Cheryl Lauridsen | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **F 9013-3.1.PROOF.SERVICE**

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): CONTINUED

- **Karl T Anderson (TR)**    2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Paul W Cervenka**    paul.cervenka@bonialpc.com
- **Yausheka H Colding**    efile@fivelakesagency.com, efile@fivelakesagency.com
- **Seth P Cox**    seth.cox@civicfs.com, dmarcus@wedgewood-inc.com;jpeeler@wedgewood-inc.com;seth.cox@summitlegal.pro
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Johnathan J Kirby**    Johnathan.Kirby@JeffersonCapitalInternational.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Judith E Marshack**    jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Michael Salanick**    msalanick@salanicklaw.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Ramesh Singh**    claims@recoverycorp.com
- **Paul M Stoddard**    pstodd5772@aol.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Amelia B. Valenzuela**    avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com;jpeeler@wedgewood-inc.com;jchoi@wedgewood-inc.com;jchoi@wedgewood-inc.com;btrout@wedgewood-inc.com
- **Stephen R Wade**    srw@srwadelaw.com, reception@srwadelaw.com
- **Gilbert B Weisman**    notices@becket-lee.com