PAUL M STODDARD #098477
pstodd5772@aol.com
40004 Cook St. Suite 3
Palm Desert, California 92211
Telephone: (760) 320-8345
Facsimile: (760) 568-3053

Attorney for Debtor,
CLIFFORD ALLEN BRACE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CLIFFORD ALLEN BRACE, JR.,<br><br>Debtor. | Case No. 6:11-bk-26154-SY<br><br>Chapter 7<br><br>DECLARATION OF COOPERATION OF CLIFFORD A BRACE PURSUANT TO STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR RE: COOPERATION WITH TRUSTEE AND GLOBAL RESOLUTION OF PENDING LITIGATION ACTIONS DOC# 370<br><br>Date: August 10, 2022<br>Time: 1:30 p.m.<br>Ctrm: 302<br>Address: 3420 Twelfth  St. Riverside, CA |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE

OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

**RECITALS**

**INCARCERATION:**

Clifford Allen Brace Jr. ("Debtor") was initially incarcerated in Arizona on January 28, 2022.
He was brought before the United States Bankruptcy Court in Phoenix Arizona Courtroom 603 for
an Emergency Hearing on January 31, 2022. He remained in custody for the next 62 days. During
custody Mr. Brace was moved to two additional Federal Detention Centers: Florence and Nevada
Southern Detention Center in Pahrump. During his incarceration he suffered two episodes of COVID

1

DECLARATION OF COOPERATION CLIFFORD ALLEN BRACE

infection. As an elderly 76 year old male with co-morbidities the COVID virus had significant impact upon his health. He continues to have lingering symptoms consisting of chronic fatigue, brain fog, dizziness and increased heart rate.

On or about March 6, 2022 Mr. Brace was transferred to the Los Angeles Metropolitan Detention Center located in downtown Los Angeles, California. He was released from custody on March 31, 2022: 62 days after his initial incarceration. During his incarceration Mr. Marshack and Mr. Mang worked diligently with Debtor's Counsel to arrive at an agreement that resulted in the liquidation of the three properties and completion of this Chapter 7 and the complete purging of Debtor's Contempt.

**STIPULATION:**

On March 31, 2022 the Debtor signed a Stipulation Between Chapter 7 Trustee and Debtor re: Cooperation with Trustee and Global Resolution of Pending Litigation Actions. This was filed on March 31, 2022. The Court entered an order Approving Stipulation Between Chapter 7 Trustee and Debtor re: Cooperation with Trustee and Global Resolution of Pending Litigation and Conditions for Release from Custody on April 4, 2022. (Doc 377). The Order encompassed the terms of the Stipulation.

The purpose of the Stipulation was to purge Mr. Brace's contempt:

"debtor in case no. 6:11-bk-26154-SY, wants to purge his contempt of court orders, agrees to cooperate with the Chapter 7 Trustee, Karl T. Anderson ("Trustee") in liquidating estate property, and agrees to comply with his statutory duties under 11 U.S.C. § 521(a)(3) to cooperate with the Trustee's administration of the estate. " (Stipulation Doc 370 p. 2 lines 9-13)

**COOPERATION AND LIQUIDATION OF ESTATE PROPERTY:**

With the cooperation of Mr. Brace, the Trustee has sold all three of the Properties ( San Bernardino is pending). The Redlands Property was sold for $535,000.00. The Cheippewa Property was sold for $ 360,000.00. The F Street San Bernardino Property is in escrow for $325,000.00. After 11 years and in a period of less than 4 months the Trustee has obtained, only with the help and cooperation of the Debtor $1,220,000.00. The only property remaining was vacant land referred to

as the "Mojave Property". This property is of little to no value and is being abandoned by the Trustee (see Doc #420 Notice of Chapter 7 Trustee's Intention to Abandon Real Property.) Notice of Abandonment was filed by the Trustee on August 5, 2022.

**ESTATE READY TO CLOSE**

This bankruptcy estate was initially file on May 16, 2011. It has been proceeding for almost 11 years and three months. It is time for this case to finally close. All property (with the closing of the San Bernardino Property) will be either liquidated or abandoned. The Trustee will receive $1,220,000.00 from the liquidation. He has been fully compensated and the money generated should be able to pay all administrative fees including all attorney fees incurred.

**TRUSTEE IS MADE WHOLE**

Pursuant to the terms of the Stipulation Between Chapter 7 Trustee and Debtor re: Cooperation with Trustee and Global Resolution of Pending Litigation Actions filed with this Court and incorporated in the Order dated April 4, 2022. (Doc 377) the Trustee is made whole with the sale of the Chippewa property. Specifically, the Stipulation (Doc 370) at paragraph (h) states:

h. "The Trustee irrevocably assigns his interest in the foreclosure proceeds of $227,000 to Catamount. *The Trustee is made whole with retention and sale of the Chippewa property.* Catamount may pursue collection of its judgment entered by the Court. Debtor shall provide sworn financials of all assets under his possession, custody, or control to demonstrate his ability or lack of ability to repay the proceeds received from the Chippewa property. "

The Trustee acknowledged that he is not entitled to both the proceeds from the foreclosure and the retention/sale of the Chippewa property. The proceeds from the sale would belong to Catamount not the Trustee. With the sale of the Chippewa property the Trustee now must assign his interest in the foreclosure proceeds of $227,000.00 to Catamount. He has/will receive $1,220,000.00. He has been made more than whole.

**DEBTOR DEMONSTRATED HIS LACK OF ABILITY TO REPAY PROCEEDS**

In two prior sworn statements the Debtor has demonstrated his lack of ability to repay the proceeds from the foreclosure. In the first declaration filed on April 14, 2022 (Doc. 239) the Debtor sets forth his current income as well as his assets:

**" First Sworn Statement of Financials:**

I do not have the ability to pay the sum of $227,000.00 or any sum. My current income is derived from Social Security ($2,367.00/month) and Military Disability of $301.00 for a total sum of $2,678.00. My basic monthly expenses are: $1,200 in monthly rent; $390 in utilities; $488 in food; supplemental medical insurance $280; med. Prescriptions not paid by Medicare: $100. My total basic monthly expenses are $2,458.00.

My assets are: used clothing $600; Bank account with current balance of $235; Misc used furniture $888 and misc. $150 (ie., 6 yr. old laptop/printer)."

**Second Sworn Statement:**

Debtor provided a second declaration on June 15, 2022. Copies of the checks issued to the Foreclosure trustee Mr. Habeeburreman that had been subpoenaed by the Trustee were attached to the declaration. None of the checks paid to the Foreclosure trustee nor issued by the Foreclosure trustee were made payable to the Debtor.

Specifically at (Doc 408 )filed June 13, 2022:

"I instructed my attorney, to request from the Bankruptcy Trustee the information the Trustee received by subpoena of Mr Habeeburrehams's bank accounts and any discovery, interrogatories etc.,

The following was furnished by counsel for the Bankruptcy Trustee:

a. A copy of an endorsed check in the account of $50,000.00 deposited into Mr. Habeeburreman's account at Citi Bank. (copy of check supplied from Bankruptcy Trustee attached hereto as Exhibit 1)

b. A copy of an endorsed check in the amount of $172,000.00deposited into the Union Bank Account of Mr. Habeeburreman's(copy of check supplied from the Bankruptcy Trustee is attached hereto as Exhibit 2)

c. A copy of no. 120 from CitiBank in the amount of $2,500.00 made payable to Title Realty Services Inc. ( copy of check supplied from the Bankruptcy Trustee is attached hereto as Exhibit 3

d. A copy of Check numbers 115,116,117,118,119 and 120 paid form Union Bank

purportedly paid to Title Realty Services in the total sum of $41,492.00. (copies of all six checks attached hereto as Exhibit 3)

I did not endorse any of the above checks nor did I deposit any of the above checks."

**Third Sworn Statement**

Now, in the Declaration below the debtor provides another "sworn" statement/declaration setting forth both his inability to repay and lack of funds available to him to pay the $227,000.00, from the proceeds from the Chippawa Property.

# DECLARATION

I, Clifford Allen Brace Jr., declare:

That I am the Debtor in the above Chapter 7 Bankruptcy.

I am personally knowledgeable of the facts set forth below and would and could competently testify to the same.

**Complete Cooperation**

Since my incarceration I have cooperated fully with the US Trustee and his legal counsel. On or about March 29, 2002 I read and signed the Stipulation Between Chapter 7 Trustee and Debtor re: Cooperation with Trustee and Global Resolution of Pending Litigation Actions (Stipulation).

I have executed and had notarized all documents set forth in the Stipulation and the Court's Order on Stipulation dated April 4, 2022. With the assistance of my attorney and my cooperation the Trustee has been able to liquidate all three properties (San Bernardino; Redlands and Chippewa) Once the San Bernardino property closes escrow and, as a result of my cooperation, the Trustee should, realize a sum of $1,200,000.

It is my understanding that the Trustee has abandoned the Mojave Property. There are no other properties in the Bankruptcy Estate.

**Sworn Statement of Financials:**

As indicated in my prior declarations I do not have the ability to pay the sum of $227,000.00 or any sum. My current income is derived from Social Security ($2,367.00/month) and Military

Disability of $301.00. This barely pays for my living expenses.

**Harris J. Habeedburreman**

Mr. Habeedburreman is a "real person". He had a real bank account. The last information I received as to his address and phone number are as follows 4950 S. Rainbow Blvd. Suite 150 Las Vegas Nevada 89118; phone: 775 525 1148 The agent who handled the sale is Don Wells his number I called is 480 233-5479.

I have reviewed the documents provided by the Bankruptcy Trustee showing the checks and accounts subpoenaed by the attorneys for the Trustee. I did not receive any of the funds from the account no. 4030457574 held in the name of Mr. Habeedburreman. This account is not an asset of the Bankruptcy Estate. I have no control or access to this account.

I have one account that provides me with bank statements. This is a Citizens Business Bank account. It currently has a balance of $158.00, maybe less. It was opened to provide me with identification to cash checks. A copy of the July 5, 2022 statement is attached hereto as Exhibit A and incorporated herein.

I have done everything possible to cooperate with the Trustee, his attorneys and this Court. I have executed all documents presented to me by counsel for the Trustee. As a result of my cooperation the Trustee should generate $1,220,000.00 from the sale of the three properties.

I have fully purged my contempt and would request that the Court finally close this Bankruptcy. There is nothing left to liquidate.

I declare under penalty of perjury pursuant to the Laws of the United States that the above is true and correct to the best of my knowledge.

Dated: 8/8/2022

_____
CLIFFORD ALLEN BRACE, JR.
Debtor

**EXHIBIT A**

# CB CITIZENS BUSINESS BANK
A Financial Services Company

PO Box 3938, Ontario, CA 91761

>000823 2619173 0001 92368 10Z

CLIFFORD A BRACE JR
ANH N BRACE
78365 HIGHWAY 111 # 385
LA QUINTA CA 92253-2071

## Statement Ending 07/05/2022
CLIFFORD A BRACE JR    Page 1 of 2
Account Number: 24636789

### Managing Your Accounts
- Phone Number    888.222.5432
- Website    cbbank.com
- Email    customersupport@cbbank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| "55" CHECKING | 24636789 | $185.47 |

## "55" CHECKING-24636789

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 06/04/2022 | Beginning Balance | $195.47 | Minimum Balance | $195.47 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $195.47 |
| | 1 Debit(s) This Period | $10.00 | Average Available Balance | $195.47 |
| 07/05/2022 | Ending Balance | $185.47 | | |
| | Service Charges | $10.00 | | |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 07/05/2022 | SERVICE CHARGE | $10.00 |

1 item(s) totaling $10.00

### Daily Balances

| Date | Amount |
|---|---|
| 07/05/2022 | $185.47 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE: | $10.00 |
| Total Service Charge | $10.00 |



Member FDIC

## Your New Benefit Amount

BENEFICIARY'S NAME: CLIFFORD A BRACE JR

Your Social Security benefit will increase by **5.9%** in 2022 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $2,554.10 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 18, 2021 or if someone else pays your premium, we show $0.00) | -$187.10 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2022. If you did not elect withholding as of November 1, 2021, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 18, 2021, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2021 on or about January 26, 2022. | **$2,367.00** |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us within 60 days from the date you receive this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. The fastest and easiest way to file an appeal is to visit *https://secure.ssa.gov/iApplNMD/start* online.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
40004 Cook Street, Suite 3, Palm Desert, CA 92211

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Cooperation of Clifford A Brace Pursuant to Stipulation Between Chapter 7 Trustee and Debtor Re: Cooperation with Trustee and Global Resolution of Pending Litigation Actions Doc #370

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/08/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/08/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Service List

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/08/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H Yun
United States Bankruptcy Court Central District California
3420 Twelfth Street, Suite 345/Courtroom 302
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2022 | Cheryl Lauridsen | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**

**Proof of Service**
**Attached Service List by Electronic Mail for Case 6:11-bk-26154-SY**

- **Karl T Anderson (TR)**   2edansie@gmail.com, kanderson@ecf.axosfs.com
- **Paul W Cervenka**   paul.cervenka@bonialpc.com
- **Yausheka H Colding**   efile@fivelakesagency.com, efile@fivelakesagency.com
- **Seth P Cox**   seth.cox@civicfs.com, dmarcus@wedgewood-inc.com;jpeeler@wedgewood-inc.com;seth.cox@summitlegal.pro
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Johnathan J Kirby**   Johnathan.Kirby@JeffersonCapitalInternational.com
- **Tinho Mang**   tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Judith E Marshack**   jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- **W. Derek May**   wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Michael Salanick**   msalanick@salanicklaw.com
- **David Samuel Shevitz**   david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **Ramesh Singh**   claims@recoverycorp.com
- **Paul M Stoddard**   pstodd5772@aol.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Amelia B. Valenzuela**   amelia.valenzuela@quarles.com, sybil.aytch@quarles.com
- **Stephen R Wade**   srw@srwadelaw.com, reception@srwadelaw.com
- **Gilbert B Weisman**   notices@becket-lee.com

**Proof of Service**
**Attached Service List by U.S. Mail for Case #6:11-bk-26154-SY**

**Karl T. Anderson**
340 S. Farrell Dr.
Suite A210
Palm Springs, CA 92262

**Bershire Hathaway HomeServices California Properties**
c/o Clarence Yoshikane
1400 Newport Center Dr., Suite 200 & 240
Newport Beach, CA 92660

**Castle Realty Group Inc**
12125 Day Street #E303
Moreno Valley, CA 92557