# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Wednesday, October 5, 2022**            **Hearing Room**    **302**

---

**1:30 PM**
**6:11-26154**    Clifford Allen Brace, Jr *on the phone* ✓        **Chapter 7**

*Telephonic Hearing*

#1.00    CONT'D Order to Show Cause re: Civil Contempt Order for Willful Violation of the Automatic Stay by Alleged Creditor Conducting Unlawful Foreclosure Sale of Estate Property

FR. 4/30/20; 6/18/20; 3/17/22; 3/29/22; 3/31/22; 5/4/22; 6/15/22; 8/10/22

D. Edward Hays to appear by telephone (949)413-7223 ✓ *Ch. 7 trustee*
Brendan Burton to appear by telephone (310)640-3070 - Listen Only –
~~Brandon Trout to appear by telephone (310)640-3070 - Listen Only~~

*Paul Stoddard on the phone for debtor v debtors*

Docket    259

**Matter Notes:**

     **GRANTED:** _____     **DENIED:** _____

     **CONT'D. TO:** _1-25-23 @ 2:00 pm_ — *Declaration to be filed by 1-11-23*

        **Briefing filed:** _____

        **Opposition filed:** _____

        **Reply filed:** _____

     **WITHDRAWN:** _____

        **Order Lodged by:** _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|